**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: PUPILLO, LINDA | § | Case No. 10-72943 |
|      PUPILLO, PHILIP | § | |
|      SHERKEY, LINDA ELLEN | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

   1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 10, 2010. The undersigned trustee was appointed on June 10, 2010.

   2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

   3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

   4. The trustee realized the gross receipts of     $ 7,208.61

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 16.19 |
| Bank service fees | 535.41 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 6,657.01 |

The remaining funds are available for distribution.

   5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/28/2010 and the deadline for filing governmental claims was 12/28/2010.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,470.86.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,470.86, for a total compensation of $1,470.86.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/01/2014         By: /s/BERNARD J. NATALE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-72943  
**Case Name:** PUPILLO, LINDA  
PUPILLO, PHILIP  
**Period Ending:** 10/01/14

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 06/10/10 (f)  
**§341(a) Meeting Date:** 07/29/10  
**Claims Bar Date:** 12/28/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence: 1739 Becker 60014-2011 | 222,000.00 | 0.00 | | 0.00 | FA |
| 2 | Bank Account: Joint Checking Account | 500.00 | 0.00 | | 0.00 | FA |
| 3 | Furniture, Appliances | 3,500.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Annuities: Annuity from the death of co-debtor's | 10,640.00 | 8,820.00 | | 7,208.60 | FA |
| 6 | Retirement: 401(K) account | 54,000.00 | 0.00 | | 0.00 | FA |
| 7 | Retirement: IRA Account | 39,000.00 | 0.00 | | 0.00 | FA |
| 8 | Retirement: Pension Plan through Target | 400.00 | 0.00 | | 0.00 | FA |
| 9 | 2000 Kawasaki Jet-Ski | 2,180.00 | 0.00 | | 0.00 | FA |
| 10 | Auto: 1996 Toyota Corrolla DX Fair Condition 147 | 1,650.00 | 0.00 | | 0.00 | FA |
| 11 | Auto: 2005 Honda Odyssey Touring Edition Minivan | 12,250.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.01 | Unknown |
| 12 | Assets    Totals (Excluding unknown values) | **$346,620.00** | **$8,820.00** | | **$7,208.61** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE COLLECTING MONTHLY ANNUITY PAYMENTS.  NO FURTHER CHANGES SINCE LAST REPORT.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2014    **Current Projected Date Of Final Report (TFR):**    December 31, 2014

Printed: 10/01/2014 11:15 AM    V.13.18

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-72943  
**Case Name:** PUPILLO, LINDA  
PUPILLO, PHILIP  
**Taxpayer ID #:** **-***7413  
**Period Ending:** 10/01/14

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-********-65 - Checking Account  
**Blanket Bond:** $472,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/06/11 | {5} | Annuity Investors Life Insurance Company | Payment Re: Monthly Annuity Payment - August | 1129-000 | 189.70 | | 189.70 |
| 10/03/11 | {5} | Annuity Investors life Insurance Company | Pymt from annuity 9/11 | 1129-000 | 189.70 | | 379.40 |
| 10/04/11 | {5} | Linda Pupillo | Turnover of Annuity funds sent to debtor | 1129-000 | 379.40 | | 758.80 |
| 10/31/11 | {5} | Annuity Investors Life Insurance Company | Pymt from Annuity | 1129-000 | 189.70 | | 948.50 |
| 12/05/11 | {5} | Annuity Investors Life Insurance Company | Pymt from Annuity | 1129-000 | 189.70 | | 1,138.20 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,113.20 |
| 01/03/12 | {5} | Annuity Investors Life Insurance Company | Pymt on Annuity | 1129-000 | 189.70 | | 1,302.90 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,302.91 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,277.91 |
| 02/02/12 | {5} | Annuity Investors Life Insurance Company | Pymt from Annuity | 1129-000 | 189.70 | | 1,467.61 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,442.61 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,417.61 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,392.61 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,367.61 |
| 06/22/12 | {5} | Annuity Investors Life Insurance Company | Pymt of Distributions from Annuity | 1129-000 | 758.80 | | 2,126.41 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,101.41 |
| 07/06/12 | {5} | Annuity Investors Life Insurance Company | Monthly Annuity Payment | 1129-000 | 189.70 | | 2,291.11 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,266.11 |
| 08/03/12 | {5} | Annuity Investors Life Insurance Company | Monthly Annuity Payment for Philip | 1129-000 | 189.70 | | 2,455.81 |
| 08/31/12 | {5} | Annuity Investors Life Insurance Company | Monthly Annuity Payment | 1129-000 | 189.70 | | 2,645.51 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,620.51 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,595.51 |
| 10/03/12 | {5} | Annuity Investors Life Insurance Company | Monthly Pymt of Annuity | 1129-000 | 189.70 | | 2,785.21 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,760.21 |
| 11/05/12 | {5} | Annuity Investors Life Insurance Company | Pymt on Annuity | 1129-000 | 189.70 | | 2,949.91 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,924.91 |

Subtotals :   $3,224.91   $300.00

{} Asset reference(s)  
Printed: 10/01/2014 11:15 AM    V.13.18

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 10-72943 | | **Trustee:** | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| **Case Name:** | PUPILLO, LINDA | | **Bank Name:** | The Bank of New York Mellon |
| | PUPILLO, PHILIP | | **Account:** | ****-********-65 - Checking Account |
| **Taxpayer ID #:** | **-***7413 | | **Blanket Bond:** | $472,000.00  (per case limit) |
| **Period Ending:** | 10/01/14 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/03/12 | {5} | Annuity Investors Life Insurance Company | Monthly Pymt from Annuity | 1129-000 | 189.70 | | 3,114.61 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,089.61 |
| 01/02/13 | {5} | Annuity Investors Life Insurance Company | Pymt from Annuity | 1129-000 | 189.70 | | 3,279.31 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033037088 20130117 | 9999-000 | | 3,279.31 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **3,604.31** | **3,604.31** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 3,279.31 | |
| | | | **Subtotal** | | **3,604.31** | **325.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,604.31** | **$325.00** | |

{} Asset reference(s)

Printed: 10/01/2014 11:15 AM    V.13.18

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 10-72943  
**Case Name:** PUPILLO, LINDA  
              PUPILLO, PHILIP  
**Taxpayer ID #:** **-***7413  
**Period Ending:** 10/01/14  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ********65 - Checking Account  
**Blanket Bond:** $472,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 3,279.31 | | 3,279.31 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,269.31 |
| 02/14/13 | {5} | Annuity Investors Life Insurance Company | | 1129-000 | 189.70 | | 3,459.01 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,449.01 |
| 03/06/13 | {5} | Annuity Investors Life Insurance Company | Monthly Pymt on Annuity | 1129-000 | 189.70 | | 3,638.71 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,628.71 |
| 04/03/13 | {5} | Annuity Investors Life Insurance Company | Monthly Pymt on Annuity | 1129-000 | 189.70 | | 3,818.41 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,808.41 |
| 05/09/13 | {5} | Annuity Investors Life Insurance Company | Monthly Annuity Pymt | 1129-000 | 189.70 | | 3,998.11 |
| 05/29/13 | {5} | Annuity Investors Life Insurance Company | Monthly Pymt on Annuity | 1129-000 | 189.70 | | 4,187.81 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,177.81 |
| 06/03/13 | 11001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/03/2013 FOR CASE #10-72943, Pymt Bond #016018067 Voided on 06/03/13 | 2300-003 | | 3.15 | 4,174.66 |
| 06/03/13 | 11001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/03/2013 FOR CASE #10-72943, Pymt Bond #016018067 Voided: check issued on 06/03/13 | 2300-003 | | -3.15 | 4,177.81 |
| 06/03/13 | 11002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2013 FOR CASE #10-72943, Pymt of Bond #016018067 for 06/01/13 to 06/01/14 | 2300-000 | | 3.25 | 4,174.56 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,164.56 |
| 07/01/13 | {5} | Annuity Investors Life Insurance Company | Monthly Annuity Pymt | 1129-000 | 189.70 | | 4,354.26 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,344.26 |
| 08/08/13 | {5} | Annuity Investors Life Insurance Company | Monthly Pymt on Annuity | 1129-000 | 189.70 | | 4,533.96 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,523.96 |
| 09/03/13 | {5} | Annuity Investors Life Insurance Company | Monthly Annuity Payment | 1129-000 | 189.70 | | 4,713.66 |

Subtotals :  $4,796.91   $83.25

{} Asset reference(s)  
Printed: 10/01/2014 11:15 AM    V.13.18

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 10-72943  
**Case Name:** PUPILLO, LINDA  
PUPILLO, PHILIP  
**Taxpayer ID #:** **-***7413  
**Period Ending:** 10/01/14  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ********65 - Checking Account  
**Blanket Bond:** $472,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,703.66 |
| 10/03/13 | {5} | Annuity Insvestors Life Insurance Company | Monthly annuity pymt | 1129-000 | 189.70 | | 4,893.36 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,883.36 |
| 11/04/13 | {5} | Annuity Insvestors Life Insurance Company | Monthly annuity pymt | 1129-000 | 189.70 | | 5,073.06 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,063.06 |
| 12/03/13 | {5} | Annuity Insvestors Life Insurance Company | Monthly annuity pymt | 1129-000 | 189.70 | | 5,252.76 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,242.76 |
| 01/06/14 | {5} | Annuity Investors Life Insurance Company | Monthly Annuity Payment | 1129-000 | 189.70 | | 5,432.46 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,422.46 |
| 02/03/14 | {5} | Annuity Investors Life Insurance Company | Monthly Annuity Payment | 1129-000 | 189.70 | | 5,612.16 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,602.16 |
| 03/04/14 | {5} | Annuity Investors Life Insurance Company | Monthly Annuity Payment | 1129-000 | 189.70 | | 5,791.86 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,781.86 |
| 04/01/14 | {5} | Annuity Investors Life Insurance Company | Monthly Annuity Payment | 1129-000 | 189.70 | | 5,971.56 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,961.56 |
| 05/05/14 | {5} | Annuity Investors Life Insurance Company | Monthly Annuity Payment | 1129-000 | 189.70 | | 6,151.26 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,141.26 |
| 06/02/14 | {5} | Annuity Investors Life Insurance Company | Monthly Annuity Payment | 1129-000 | 189.70 | | 6,330.96 |
| 06/03/14 | 11003 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2014 FOR CASE #10-72943 | 2300-000 | | 11.54 | 6,319.42 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,309.42 |
| 07/07/14 | {5} | Annuity Investors Life Insurance Company | Monthly Annuity Payment | 1129-000 | 189.70 | | 6,499.12 |
| 07/14/14 | 11004 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/14/2014 FOR CASE #10-72943, 016018067<br>Voided on 07/14/14 | 2300-003 | | 0.46 | 6,498.66 |
| 07/14/14 | 11004 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER | 2300-003 | | -0.46 | 6,499.12 |

Subtotals :  $1,897.00    $111.54

{} Asset reference(s)    Printed: 10/01/2014 11:15 AM    V.13.18

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| **Case Number:** | 10-72943 | | **Trustee:** | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| **Case Name:** | PUPILLO, LINDA | | **Bank Name:** | Rabobank, N.A. |
| | PUPILLO, PHILIP | | **Account:** | ********65 - Checking Account |
| **Taxpayer ID #:** | **-***7413 | | **Blanket Bond:** | $472,000.00  (per case limit) |
| **Period Ending:** | 10/01/14 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | BALANCE AS OF 07/14/2014 FOR CASE #10-72943, 016018067 Voided: check issued on 07/14/14 | | | | |
| 07/14/14 | 11005 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/03/2014 FOR CASE #10-72943, BOND #016018067 | 2300-000 | | 1.40 | 6,497.72 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.19 | 6,487.53 |
| 08/05/14 | {5} | Annuity Investors Life Insurance Company | Monthly Annuity Payment | 1129-000 | 189.70 | | 6,677.23 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,667.23 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.22 | 6,657.01 |
| | | | **ACCOUNT TOTALS** | | **6,883.61** | **226.60** | **$6,657.01** |
| | | | Less: Bank Transfers | | 3,279.31 | 0.00 | |
| | | | **Subtotal** | | **3,604.30** | **226.60** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,604.30** | **$226.60** | |

|  | Net Receipts : | 7,208.61 |
|---|---|---|
|  | Net Estate : | $7,208.61 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****-********-65** | 3,604.31 | 325.00 | 0.00 |
| **Checking # ********65** | 3,604.30 | 226.60 | 6,657.01 |
| | $7,208.61 | $551.60 | $6,657.01 |

{} Asset reference(s)

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 28, 2010

**Case Number:** 10-72943  
**Debtor Name:** PUPILLO, LINDA

Page: 1

**Date:** October 1, 2014  
**Time:** 11:16:32 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| EXP 199 | BERNARD J. NATALE, LTD.<br>6833 STALTER DRIVE, STE 201<br>ROCKFORD, IL 61108 | Admin Ch. 7 | | $13.09 | $0.00 | 13.09 |
| ATTY 199 | BERNARD J. NATALE, LTD.<br>6833 STALTER DRIVE, STE 201<br>ROCKFORD, IL 61108 | Admin Ch. 7 | | $1,965.50 | $0.00 | 1,965.50 |
| BOND 199 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Admin Ch. 7 | | $11.54 | $11.54 | 0.00 |
| BOND 199 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Admin Ch. 7 | | $3.25 | $3.25 | 0.00 |
| BOND 199 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Admin Ch. 7 | | $0.00 | $0.00 | 0.00 |
| BOND 199 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Admin Ch. 7 | | $1.40 | $1.40 | 0.00 |
| BOND 199 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Admin Ch. 7 | | $0.00 | $0.00 | 0.00 |
| TRTE 199 | BERNARD J. NATALE<br>6833 STALTER DRIVE<br>SUITE 201<br>ROCKFORD, IL 61108 | Admin Ch. 7 | | $1,470.86 | $0.00 | 1,470.86 |
| 1 610 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | 9615 | $17,872.19 | $0.00 | 17,872.19 |
| 2 610 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124 | Unsecured | 1649 | $11,812.72 | $0.00 | 11,812.72 |
| 3 610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | 6261 | $2,965.33 | $0.00 | 2,965.33 |
| 4 610 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | Unsecured | 5961/KOHLS | $1,999.96 | $0.00 | 1,999.96 |

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 28, 2010

**Case Number:** 10-72943  
**Debtor Name:** PUPILLO, LINDA  

Page: 2

**Date:** October 1, 2014  
**Time:** 11:16:32 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 610 | PYOD LLC as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured | 7705 | $9,989.79 | $0.00 | 9,989.79 |
| 6 610 | PYOD LLC its successors and assigns as assignee of Citibank,c/o Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 | Unsecured | 8624 | $337.96 | $0.00 | 337.96 |
| 7 610 | PYOD LLC as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured | 2328 | $26,882.36 | $0.00 | 26,882.36 |
| 8 610 | American Express Bank, FSB % Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | 1004 | $1,910.35 | $0.00 | 1,910.35 |
| << Totals >> | | | | 77,236.30 | 16.19 | 77,220.11 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 10-72943
Case Name: PUPILLO, LINDA
Trustee Name: BERNARD J. NATALE

**Balance on hand:** $ 6,657.01

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 6,657.01

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,470.86 | 0.00 | 1,470.86 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 1,965.50 | 0.00 | 1,965.50 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 13.09 | 0.00 | 13.09 |
| Other Expenses: INTERNATIONAL SURETIES, LTD | 16.19 | 16.19 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 3,449.45
Remaining balance: $ 3,207.56

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,207.56

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 3,207.56 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 73,770.66 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 17,872.19 | 0.00 | 777.09 |
| 2 | American InfoSource LP as agent for | 11,812.72 | 0.00 | 513.62 |
| 3 | Chase Bank USA, N.A. | 2,965.33 | 0.00 | 128.93 |
| 4 | Chase Bank USA,N.A | 1,999.96 | 0.00 | 86.96 |
| 5 | PYOD LLC  as assignee of Citibank | 9,989.79 | 0.00 | 434.36 |
| 6 | PYOD LLC its successors and assigns as assignee of | 337.96 | 0.00 | 14.69 |
| 7 | PYOD LLC as assignee of Citibank | 26,882.36 | 0.00 | 1,168.85 |
| 8 | American Express Bank, FSB | 1,910.35 | 0.00 | 83.06 |

| | Total to be paid for timely general unsecured claims: | $ | 3,207.56 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**