# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: PUPILLO, LINDA § | Case No. 10-72943 |
| PUPILLO, PHILIP § | |
| SHERKEY, LINDA ELLEN § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of The U S Bankruptcy Court
327 S Church Street, Room 1100
Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 11/24/2014 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  10/01/2014        By:  /s/BERNARD J. NATALE
                                    Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: PUPILLO, LINDA § | Case No. 10-72943 |
| PUPILLO, PHILIP § | |
| SHERKEY, LINDA ELLEN § | |
| Debtor(s) § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,208.61 |
| *and approved disbursements of* | $ 551.60 |
| *leaving a balance on hand of* [1] | $ 6,657.01 |
| **Balance on hand:** | $ 6,657.01 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 6,657.01 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,470.86 | 0.00 | 1,470.86 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 1,965.50 | 0.00 | 1,965.50 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 13.09 | 0.00 | 13.09 |
| Other Expenses: INTERNATIONAL SURETIES, LTD | 16.19 | 16.19 | 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,449.45 |
| Remaining balance: | $ 3,207.56 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 3,207.56 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 3,207.56 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 73,770.66 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 17,872.19 | 0.00 | 777.09 |
| 2 | American InfoSource LP as agent for | 11,812.72 | 0.00 | 513.62 |
| 3 | Chase Bank USA, N.A. | 2,965.33 | 0.00 | 128.93 |
| 4 | Chase Bank USA,N.A | 1,999.96 | 0.00 | 86.96 |
| 5 | PYOD LLC as assignee of Citibank | 9,989.79 | 0.00 | 434.36 |
| 6 | PYOD LLC its successors and assigns as assignee of | 337.96 | 0.00 | 14.69 |
| 7 | PYOD LLC as assignee of Citibank | 26,882.36 | 0.00 | 1,168.85 |
| 8 | American Express Bank, FSB | 1,910.35 | 0.00 | 83.06 |

**UST Form 101-7-NFR (10/1/2010)**

|   |   |   |   | Total to be paid for timely general unsecured claims: | $ | 3,207.56 |
|---|---|---|---|---|---|---|
|   |   |   |   | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |||||

|   |   | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|---|
|   |   | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |||||

|   |   | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|---|
|   |   | Remaining balance: | $ | 0.00 |

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-72943-TML
Linda Pupillo                                                           Chapter 7
Philip Pupillo
     Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0752-3          User: cshabez              Page 1 of 2              Date Rcvd: Oct 17, 2014
                              Form ID: pdf006            Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2014.
db/jdb        +Linda Pupillo,   Philip Pupillo,   1739 Becker Court,   Crystal Lake, IL 60014-2011
15695017       Advantage MRI LLC,   3733 Park East Dr. Ste 100,   Beachwood, OH 44122-4334
15695018      +American Express,   P.O. Box 981537,   El Paso, TX 79998-1537
15695019       American Express,   Box 0001,   Los Angeles, CA 90096-8000
16536335       American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
15695022      +Bac Home Loans Servicing,   450 American St,   Simi Valley, CA 93065-6285
16284685       Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16396800      +Chase Bank USA,N.A,   c/o Creditors Bankruptcy Service,   P O Box 740933,
                Dallas,Tx 75374-0933
15695023      +Chase/Best Buy,   201 N Walnut Street,   Wilmington, DE 19801-2920
15695024       Circuit City,   P.O. Box 15325,   Wilmington, DE 19886-5325
15695025      +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
15695029       HSBC Retail Services,   P.O. Box 17298,   Baltimore, MD 21297-1298
15695027      +Harris N.A.,   111 W Monroe Llw,   Chicago, IL 60603-4095
15695028       Home Depot Credit Services,   Processing Center,   Des Moines, IA 50364-0500
15695030      +Hsbc/Best Buy,   1405 Foulk Road,   Wilmington, DE 19803-2769
15695032      +KCA Financial Services,   628 North St,   Geneva, IL 60134-1356
15695031      +KCA Financial Services,   P.O. Box 53,   Geneva, IL 60134-0053
15695035      +National City,   Credit Bureau Disputes,   PO Box 94982,   Cleveland, OH 44101-4982
15695037       Orthofix, Inc.,   P.O. Box 849806,   Dallas, TX 75284-9806
15695038      +Portfolio Recovery Associates LLC,   PRA Disputes Department,   140 Corporate Boulevard,
                Norfolk, VA 23502-4952
15695040       Quest Diagnostics,   P.O. Box 64804,   Baltimore, MD 21264-4804
15695039       Quest Diagnostics,   1355 Mittel Blvd.,   Wooddale, IL 60191-1024
15695041       Sears Credit Cards,   P.O. Box 183082,   Columbus, OH 43218-3082
15695042      +Sears/Citibank,   Po Box 6189,   Sioux Falls, SD 57117-6189
15695044       Target Nb,   C/O Target Credit Services,   Minneapolis, MN 55440-0673
15695045      +The Home Depot/Citibank,   Po Box 6497,   Sioux Falls, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15695020       E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 18 2014 00:42:21     American Honda Finance,
                2170 Point Blvd Ste 100,   Elgin, IL 60123
15695021       E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 18 2014 00:42:21
                American Honda Finance Corporation,   P.O. Box 60001,   City of Industry, CA 91716-0001
20320099       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 18 2014 00:53:45
                American InfoSource LP as agent for TD Bank, USA,   PO Box 248866,
                Oklahoma City, OK  73124-8866
16210413       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 18 2014 00:54:53
                American Infosource Lp As Agent for,   Target,   PO Box 248866,
                Oklahoma City, OK  73124-8866
15695026       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 18 2014 00:45:33
                Discover Financial Services LLC,   Po Box 15316,   Wilmington, DE 19850
16208693       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 18 2014 00:45:33     Discover Bank,
                Dfs Services LLC,   PO Box 3025,   New Albany, OH  43054-3025
20711328      +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2014 00:45:59     GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,   25 SE 2nd Ave Ste 1120,   Miami, FL 33131-1605
15695033       E-mail/Text: bnckohlsnotices@becket-lee.com Oct 18 2014 00:41:31     Kohl's,   P.O. Box 2983,
                Milwaukee, WI 53201-2983
15695034      +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 18 2014 00:41:31     Kohls/Chase,
                N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
15695036      +E-mail/Text: clientservices@northwestcollectors.com Oct 18 2014 00:41:45
                Northwest Collectors,   3601 Algonquin Rd Ste 23,   Rolling Meadows, IL 60008-3143
16519765      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 18 2014 00:46:02
                PYOD LLC its successors and assigns as assignee of,   Citibank,
                c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
16524144      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 18 2014 00:45:44
                PYOD LLC its successors and assigns as assignee of,   Citibank, NA,
                c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
20709850       E-mail/PDF: rmscedi@recoverycorp.com Oct 18 2014 00:45:02
                Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15695043       ##Target National Bank,   P.O. Box 59317,   Minneapolis, MN 55459-0317
                                                                                  TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: cshabez               Page 2 of 2            Date Rcvd: Oct 17, 2014
                              Form ID: pdf006             Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2014                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2014 at the address(es) listed below:
          Bernard J Natale    on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com
          Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
          Lydia Y Siu    on behalf of Creditor   BAC Home Loans Servicing, L.P. lsiu@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Roxanna  Hipple    on behalf of Joint Debtor Philip  Pupillo rhipple@kumorhipple.com,
           rhipple62@gmail.com
          Roxanna  Hipple    on behalf of Debtor Linda  Pupillo rhipple@kumorhipple.com, rhipple62@gmail.com
          Scott E Hillison    on behalf of Trustee Bernard J Natale hillison@pacatrust.com
                                                                                             TOTAL: 7
```