# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: PUPILLO, LINDA | § | Case No. 10-72943-MB |
| PUPILLO, PHILIP | § | |
| SHERKEY, LINDA ELLEN | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $335,980.00
*(without deducting any secured claims)*

Assets Exempt: $133,550.00

Total Distribution to Claimants: $3,207.56

Claims Discharged
Without Payment: $75,225.37

Total Expenses of Administration: $4,001.05

3) Total gross receipts of $    7,208.61    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2** ), yielded net receipts of $7,208.61 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $276,351.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,001.05 | 4,001.05 | 4,001.05 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 79,144.52 | 73,770.66 | 73,770.66 | 3,207.56 |
| **TOTAL DISBURSEMENTS** | $355,495.52 | $77,771.71 | $77,771.71 | $7,208.61 |

4) This case was originally filed under Chapter 7 on June 10, 2010. The case was pending for 56 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/19/2015          By: /s/BERNARD J. NATALE
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Annuities: Annuity from the death of co-debtor's | 1129-000 | 7,208.60 |
| Interest Income | 1270-000 | 0.01 |
| **TOTAL GROSS RECEIPTS** | | **$7,208.61** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | American Honda Finance | 4110-000 | 12,368.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris N.A. | 4110-000 | 50,896.00 | N/A | N/A | 0.00 |
| NOTFILED | Bac Home Loans Servicing | 4110-000 | 213,087.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$276,351.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 13.09 | 13.09 | 13.09 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 1,965.50 | 1,965.50 | 1,965.50 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 11.54 | 11.54 | 11.54 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 1.40 | 1.40 | 1.40 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 0.00 | 0.00 | 0.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 0.00 | 0.00 | 0.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 3.25 | 3.25 | 3.25 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,470.86 | 1,470.86 | 1,470.86 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.19 | 10.19 | 10.19 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.22 | 10.22 | 10.22 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$4,001.05** | **$4,001.05** | **$4,001.05** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | None | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 17,572.63 | 17,872.19 | 17,872.19 | 777.09 |
| 2 | American InfoSource LP as agent for | 7100-000 | 12,886.00 | 11,812.72 | 11,812.72 | 513.62 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 2,880.00 | 2,965.33 | 2,965.33 | 128.93 |
| 4 | Chase Bank USA,N.A | 7100-000 | 1,907.00 | 1,999.96 | 1,999.96 | 86.96 |
| 5 | PYOD LLC  as assignee of Citibank | 7100-000 | 10,363.79 | 9,989.79 | 9,989.79 | 434.36 |
| 6 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 387.00 | 337.96 | 337.96 | 14.69 |
| 7 | PYOD LLC as assignee of Citibank | 7100-000 | 26,499.83 | 26,882.36 | 26,882.36 | 1,168.85 |
| 8 | American Express Bank, FSB | 7100-000 | 1,986.00 | 1,910.35 | 1,910.35 | 83.06 |

UST Form 101-7-TDR (10/1/2010)

| NOTFILED | Circuit City | 7100-000 | 2,798.72 | N/A | N/A | 0.00 |
|----------|--------------|----------|----------|-----|-----|------|
| NOTFILED | Portfolio Recovery Associates LLC PRA Disputes | 7100-000 | 558.55 | N/A | N/A | 0.00 |
| NOTFILED | Northwest Collectors | 7100-000 | 325.00 | N/A | N/A | 0.00 |
| NOTFILED | KCA Financial Services | 7100-000 | 175.00 | N/A | N/A | 0.00 |
| NOTFILED | Orthofix, Inc. | 7100-000 | 280.00 | N/A | N/A | 0.00 |
| NOTFILED | Quest Diagnostics | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | KCA Financial Services | 7100-000 | 125.00 | N/A | N/A | 0.00 |
| NOTFILED | Advantage MRI LLC | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $79,144.52 | $73,770.66 | $73,770.66 | $3,207.56 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 10-72943-MB | Trustee: (330370) BERNARD J. NATALE |
| Case Name: PUPILLO, LINDA | Filed (f) or Converted (c): 06/10/10 (f) |
| PUPILLO, PHILIP | §341(a) Meeting Date: 07/29/10 |
| Period Ending: 01/19/15 | Claims Bar Date: 12/28/10 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence: 1739 Becker 60014-2011 | 222,000.00 | 0.00 | | 0.00 | FA |
| 2 | Bank Account: Joint Checking Account | 500.00 | 0.00 | | 0.00 | FA |
| 3 | Furniture, Appliances | 3,500.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Annuities: Annuity from the death of co-debtor's | 10,640.00 | 8,820.00 | | 7,208.60 | FA |
| 6 | Retirement: 401(K) account | 54,000.00 | 0.00 | | 0.00 | FA |
| 7 | Retirement: IRA Account | 39,000.00 | 0.00 | | 0.00 | FA |
| 8 | Retirement: Pension Plan through Target | 400.00 | 0.00 | | 0.00 | FA |
| 9 | 2000 Kawasaki Jet-Ski | 2,180.00 | 0.00 | | 0.00 | FA |
| 10 | Auto: 1996 Toyota Corrolla DX Fair Condition 147 | 1,650.00 | 0.00 | | 0.00 | FA |
| 11 | Auto: 2005 Honda Odyssey Touring Edition Minivan | 12,250.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.01 | FA |
| 12 | **Assets** Totals (Excluding unknown values) | **$346,620.00** | **$8,820.00** | | **$7,208.61** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE COLLECTING MONTHLY ANNUITY PAYMENTS.  NO FURTHER CHANGES SINCE LAST REPORT.

Initial Projected Date Of Final Report (TFR):      December 31, 2014      Current Projected Date Of Final Report (TFR):      October 1, 2014  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-72943-MB

**Case Name:** PUPILLO, LINDA
PUPILLO, PHILIP

**Taxpayer ID #:** **-***7413

**Period Ending:** 01/19/15

**Trustee:** BERNARD J. NATALE (330370)

**Bank Name:** The Bank of New York Mellon

**Account:** ****-********-65 - Checking Account

**Blanket Bond:** $472,000.00  (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/06/11 | {5} | Annuity Investors Life Insurance Company | Payment Re: Monthly Annuity Payment - August | 1129-000 | 189.70 | | 189.70 |
| 10/03/11 | {5} | Annuity Investors life Insurance Company | Pymt from annuity 9/11 | 1129-000 | 189.70 | | 379.40 |
| 10/04/11 | {5} | Linda Pupillo | Turnover of Annuity funds sent to debtor | 1129-000 | 379.40 | | 758.80 |
| 10/31/11 | {5} | Annuity Investors Life Insurance Company | Pymt from Annuity | 1129-000 | 189.70 | | 948.50 |
| 12/05/11 | {5} | Annuity Investors Life Insurance Company | Pymt from Annuity | 1129-000 | 189.70 | | 1,138.20 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,113.20 |
| 01/03/12 | {5} | Annuity Investors Life Insurance Company | Pymt on Annuity | 1129-000 | 189.70 | | 1,302.90 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 1,302.91 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,277.91 |
| 02/02/12 | {5} | Annuity Investors Life Insurance Company | Pymt from Annuity | 1129-000 | 189.70 | | 1,467.61 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,442.61 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,417.61 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,392.61 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,367.61 |
| 06/22/12 | {5} | Annuity Investors Life Insurance Company | Pymt of Distributions from Annuity | 1129-000 | 758.80 | | 2,126.41 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,101.41 |
| 07/06/12 | {5} | Annuity Investors Life Insurance Company | Monthly Annuity Payment | 1129-000 | 189.70 | | 2,291.11 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,266.11 |
| 08/03/12 | {5} | Annuity Investors Life Insurance Company | Monthly Annuity Payment for Philip | 1129-000 | 189.70 | | 2,455.81 |
| 08/31/12 | {5} | Annuity Investors Life Insurance Company | Monthly Annuity Payment | 1129-000 | 189.70 | | 2,645.51 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,620.51 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,595.51 |
| 10/03/12 | {5} | Annuity Investors Life Insurance Company | Monthly Pymt of Annuity | 1129-000 | 189.70 | | 2,785.21 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,760.21 |
| 11/05/12 | {5} | Annuity Investors Life Insurance Company | Pymt on Annuity | 1129-000 | 189.70 | | 2,949.91 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,924.91 |
| | | | Subtotals : | | $3,224.91 | $300.00 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-72943-MB | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | PUPILLO, LINDA | | Bank Name: | The Bank of New York Mellon |
| | PUPILLO, PHILIP | | Account: | ****-*********-65 - Checking Account |
| Taxpayer ID #: | **-***7413 | | Blanket Bond: | $472,000.00  (per case limit) |
| Period Ending: | 01/19/15 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/03/12 | {5} | Annuity Investors Life Insurance<br>Company | Monthly Pymt from Annuity | 1129-000 | 189.70 | | 3,114.61 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,089.61 |
| 01/02/13 | {5} | Annuity Investors Life Insurance<br>Company | Pymt from Annuity | 1129-000 | 189.70 | | 3,279.31 |
| 01/17/13 | | RABOBANK MIGRATION<br>TRANSFER OUT | TRANSFER TO 0001033037088<br>20130117 | 9999-000 | | 3,279.31 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 3,604.31 | 3,604.31 | $0.00 |
| Less: Bank Transfers | 0.00 | 3,279.31 | |
| Subtotal | 3,604.31 | 325.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $3,604.31 | $325.00 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| | | |
|---|---|---|
| **Case Number:** | 10-72943-MB | |
| **Case Name:** | PUPILLO, LINDA | |
| | PUPILLO, PHILIP | |
| **Taxpayer ID #:** | **-***7413 | |
| **Period Ending:** | 01/19/15 | |

| | |
|---|---|
| **Trustee:** | BERNARD J. NATALE (330370) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ********65 - Checking Account |
| **Blanket Bond:** | $472,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 3,279.31 | | 3,279.31 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,269.31 |
| 02/14/13 | {5} | Annuity Investors Life Insurance Company | | 1129-000 | 189.70 | | 3,459.01 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,449.01 |
| 03/06/13 | {5} | Annuity Investors Life Insurance Company | Monthly Pymt on Annuity | 1129-000 | 189.70 | | 3,638.71 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,628.71 |
| 04/03/13 | {5} | Annuity Investors Life Insurance Company | Monthly Pymt on Annuity | 1129-000 | 189.70 | | 3,818.41 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,808.41 |
| 05/09/13 | {5} | Annuity Investors Life Insurance Company | Monthly Annuity Pymt | 1129-000 | 189.70 | | 3,998.11 |
| 05/29/13 | {5} | Annuity Investors Life Insurance Company | Monthly Pymt on Annuity | 1129-000 | 189.70 | | 4,187.81 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,177.81 |
| 06/03/13 | 11001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/03/2013 FOR CASE #10-72943, Pymt Bond #016018067 Voided on 06/03/13 | 2300-003 | | 3.15 | 4,174.66 |
| 06/03/13 | 11001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/03/2013 FOR CASE #10-72943, Pymt Bond #016018067 Voided: check issued on 06/03/13 | 2300-003 | | -3.15 | 4,177.81 |
| 06/03/13 | 11002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2013 FOR CASE #10-72943, Pymt of Bond #016018067 for 06/01/13 to 06/01/14 | 2300-000 | | 3.25 | 4,174.56 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,164.56 |
| 07/01/13 | {5} | Annuity Investors Life Insurance Company | Monthly Annuity Pymt | 1129-000 | 189.70 | | 4,354.26 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,344.26 |
| 08/08/13 | {5} | Annuity Investors Life Insurance Company | Monthly Pymt on Annuity | 1129-000 | 189.70 | | 4,533.96 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,523.96 |
| 09/03/13 | {5} | Annuity Investors Life Insurance Company | Monthly Annuity Payment | 1129-000 | 189.70 | | 4,713.66 |

| | | | | Subtotals : | $4,796.91 | $83.25 | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-72943-MB | **Trustee:** BERNARD J. NATALE (330370) |
| **Case Name:** PUPILLO, LINDA | **Bank Name:** Rabobank, N.A. |
| PUPILLO, PHILIP | **Account:** ********65 - Checking Account |
| **Taxpayer ID #:** **-***7413 | **Blanket Bond:** $472,000.00 (per case limit) |
| **Period Ending:** 01/19/15 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,703.66 |
| 10/03/13 | {5} | Annuity Insvestors Life Insurance Company | Monthly annuity pymt | 1129-000 | 189.70 | | 4,893.36 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,883.36 |
| 11/04/13 | {5} | Annuity Investors Life Insurance Company | Monthly annuity pymt | 1129-000 | 189.70 | | 5,073.06 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,063.06 |
| 12/03/13 | {5} | Annuity Investors Life Insurance Company | Monthly annuity pymt | 1129-000 | 189.70 | | 5,252.76 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,242.76 |
| 01/06/14 | {5} | Annuity Investors Life Insurance Company | Monthly Annuity Payment | 1129-000 | 189.70 | | 5,432.46 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,422.46 |
| 02/03/14 | {5} | Annuity Investors Life Insurance Company | Monthly Annuity Payment | 1129-000 | 189.70 | | 5,612.16 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,602.16 |
| 03/04/14 | {5} | Annuity Investors Life Insurance Company | Monthly Annuity Payment | 1129-000 | 189.70 | | 5,791.86 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,781.86 |
| 04/01/14 | {5} | Annuity Investors Life Insurance Company | Monthly Annuity Payment | 1129-000 | 189.70 | | 5,971.56 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,961.56 |
| 05/05/14 | {5} | Annuity Investors Life Insurance Company | Monthly Annuity Payment | 1129-000 | 189.70 | | 6,151.26 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,141.26 |
| 06/02/14 | {5} | Annuity Investors Life Insurance Company | Monthly Annuity Payment | 1129-000 | 189.70 | | 6,330.96 |
| 06/03/14 | 11003 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2014 FOR CASE #10-72943 | 2300-000 | | 11.54 | 6,319.42 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,309.42 |
| 07/07/14 | {5} | Annuity Investors Life Insurance Company | Monthly Annuity Payment | 1129-000 | 189.70 | | 6,499.12 |
| 07/14/14 | 11004 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/14/2014 FOR CASE #10-72943, 016018067 Voided on 07/14/14 | 2300-003 | | 0.46 | 6,498.66 |
| 07/14/14 | 11004 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER | 2300-003 | | -0.46 | 6,499.12 |

| | Subtotals : | $1,897.00 | $111.54 |
|---|---|---|---|

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-72943-MB | **Trustee:** BERNARD J. NATALE (330370) |
| **Case Name:** PUPILLO, LINDA | **Bank Name:** Rabobank, N.A. |
| PUPILLO, PHILIP | **Account:** ********65 - Checking Account |
| **Taxpayer ID #:** **-***7413 | **Blanket Bond:** $472,000.00  (per case limit) |
| **Period Ending:** 01/19/15 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | BALANCE AS OF 07/14/2014 FOR CASE<br>#10-72943, 016018067<br>Voided: check issued on 07/14/14 | | | | |
| 07/14/14 | 11005 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK<br>BALANCE AS OF 06/03/2014 FOR CASE<br>#10-72943, BOND #016018067 | 2300-000 | | 1.40 | 6,497.72 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.19 | 6,487.53 |
| 08/05/14 | {5} | Annuity Investors Life Insurance<br>Company | Monthly Annuity Payment | 1129-000 | 189.70 | | 6,677.23 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,667.23 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.22 | 6,657.01 |
| 11/25/14 | 11006 | BERNARD J. NATALE | Dividend paid 100.00% on $1,470.86, Trustee<br>Compensation;  Reference: | 2100-000 | | 1,470.86 | 5,186.15 |
| 11/25/14 | 11007 | Discover Bank | Distribution paid  4.34% on $17,872.19;<br>Claim# 1; Filed: $17,872.19; Reference: 9615 | 7100-000 | | 777.09 | 4,409.06 |
| 11/25/14 | 11008 | American InfoSource LP as agent<br>for | Distribution paid  4.34% on $11,812.72;<br>Claim# 2; Filed: $11,812.72; Reference: 1649 | 7100-000 | | 513.62 | 3,895.44 |
| 11/25/14 | 11009 | Chase Bank USA, N.A. | Distribution paid  4.34% on $2,965.33; Claim#<br>3; Filed: $2,965.33; Reference: 6261 | 7100-000 | | 128.93 | 3,766.51 |
| 11/25/14 | 11010 | Chase Bank USA,N.A | Distribution paid  4.34% on $1,999.96; Claim#<br>4; Filed: $1,999.96; Reference: 5961/KOHLS | 7100-000 | | 86.96 | 3,679.55 |
| 11/25/14 | 11011 | PYOD LLC  as assignee of Citibank | Distribution paid  4.34% on $9,989.79; Claim#<br>5; Filed: $9,989.79; Reference: 7705 | 7100-000 | | 434.36 | 3,245.19 |
| 11/25/14 | 11012 | PYOD LLC its successors and<br>assigns as assignee of | Distribution paid  4.34% on $337.96; Claim# 6;<br>Filed: $337.96; Reference: 8624 | 7100-000 | | 14.69 | 3,230.50 |
| 11/25/14 | 11013 | PYOD LLC as assignee of Citibank | Distribution paid  4.34% on $26,882.36;<br>Claim 7; Filed: $26,882.36; Reference: 2328 | 7100-000 | | 1,168.85 | 2,061.65 |
| 11/25/14 | 11014 | American Express Bank, FSB | Distribution paid  4.34% on $1,910.35; Claim#<br>8; Filed: $1,910.35; Reference: 1004 | 7100-000 | | 83.06 | 1,978.59 |
| 11/25/14 | 11015 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 1,978.59 | 0.00 |
| | | | Dividend paid 100.00%          1,965.50<br>on $1,965.50;  Claim#<br>ATTY; Filed: $1,965.50 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%              13.09<br>on $13.09;  Claim# EXP;<br>Filed: $13.09 | 3120-000 | | | 0.00 |

Subtotals :                    $189.70              $6,688.82

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 10-72943-MB |
| **Case Name:** | PUPILLO, LINDA |
| | PUPILLO, PHILIP |
| **Taxpayer ID #:** | **-***7413 |
| **Period Ending:** | 01/19/15 |

| | |
|---|---|
| **Trustee:** | BERNARD J. NATALE (330370) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | *******65 - Checking Account |
| **Blanket Bond:** | $472,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 6,883.61 | 6,883.61 | $0.00 |
| | | | Less: Bank Transfers | | 3,279.31 | 0.00 | |
| | | | **Subtotal** | | 3,604.30 | 6,883.61 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,604.30** | **$6,883.61** | |

| | |
|---|---|
| Net Receipts : | 7,208.61 |
| Net Estate : | $7,208.61 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****-*******-65** | 3,604.31 | 325.00 | 0.00 |
| **Checking # *******65** | 3,604.30 | 6,883.61 | 0.00 |
| | $7,208.61 | $7,208.61 | $0.00 |

{} Asset reference(s)